# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTA RILEY,<br><br>　　　　　Defendant. | Case No. 1:15-cr-00005-001-SAB<br><br>ORDER CONTINUING REVIEW HEARING TO SEPTEMBER 17, 2015 AND REQUIRING DEFENDANT TO PROVIDE PROOF OF COMMUNITY SERVICE HOURS |

　　　On March 5, 2015, Defendant Roberta Riley entered a plea and was sentenced to 24 months of unsupervised probation, a special assessment of $25.00, restitution of $6,053.00, 50 hours of community service to be completed by August 31, 2015. (ECF No. 6.) Defendant was ordered to appear for a review hearing on September 3, 2015 at 10:00 a.m. in Courtroom 9. Defendant has submitted a status report indicating that she has complied with the conditions of her probation. However, while Defendant indicates that she has performed 50 hours of community service, she did not provide proof of her community service hours.

　　　Defendant shall provide documentation of all community service hours completed to date on the form provided by the Court. The form can be found at the United States District Court for the Eastern District of California's website (http://www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB) in the area entitled "Misdemeanor/CVB" "Standard Forms" and then "Community Service Verification".

1

Accordingly, IT IS HEREBY ORDERED that:

1. The probation review hearing set for September 3, 2015 is CONTINUED to **September 17, 2015 at 10:00 a.m.** in Courtroom 9;

2. Defendant shall personally appear at the September 17, 2015 hearing;

3. **On or before September 7, 2015**, Defendant shall submit to the Court's Courtroom Deputy a fully completed Community Service Verification (CAED (Fresno)- Misd.7) with a copy to the Government;

4. Pursuant to 18 U.S.C. § 3771(a), the Government shall notify all victims associated with this case of the September 17, 2015 hearing through their Victim Notification System; and

5. Failure to comply with this order will result in a revocation of Defendant's probation.

IT IS SO ORDERED.

Dated:   **August 27, 2015**

_____
UNITED STATES MAGISTRATE JUDGE