**Michael J. Aed SBN# 204090**
Andritch & Aed, A Professional Corporation
2140 Merced St., Ste. 101
Fresno, California 93721
Phone: 559-495-0200
Fax:    559-495-0123

Attorney for Defendant: Roberta Riley

# UNITED STATES DISTRICT COURT

# EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 1:15CR00005-001 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SEPTEMBER 17th, 2015 REVIEW |
| vs. ) | HEARING TO APRIL 7TH, 2016; |
| ) | ORDER |
| Roberta Riley, ) | |
| ) | DATE:  SEPTEMBER 17, 2015 |
| Defendant. ) | TIME:  10:00 a.m. |
| ) | CTRM:  9 |
| | Honorable Judge Stanley Boone |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties September 17th, 2015 review hearing may be continued to 10:00 a.m. on Thursday, April 7th, 2016.

The parties base this stipulation on good cause. To explain, the co-defendant in this case, Cherie Morris, has continued her review hearing out until April 7th, 2016. The Defendant requests that her hearing be set out to the same date and time. Defendant's council has discussed this matter with the Assistant United States Attorney handling the case who has no objection to a continuance on these grounds.

For the above – stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED:  September 15, 2015　　　　　　　　　　By: /s/ *Bayleigh J. Pettigrew*
　　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

DATED: September 15, 2015　　　　　　　　　　By: /S/Michael J. Aed
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Roberta Riley

### ORDER

The stipulation is DENIED.  The matter will stay on the Court's calendar and the defendant will be prepared to discuss and articulate how her community service work constitutes performance of community service.

IT IS SO ORDERED.

Dated:   **September 16, 2015**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE